DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT MASEL** and **TZIPORA MASEL,**
Appellants,

v.

**US BANK TRUST, N.A.,**
Appellee.

No. 4D22-2134

[June 15, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Christopher Pole, Judge; L.T. Case No. CACE17017493.

Mark L. Pomeranz of Pomeranz & Associates, P.A., Hallandale, for appellants.

Nicholas S. Agnello of Burr & Forman LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and GERBER, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***